# Timothy Parlatore, Esq.

| | |
|---|---|
| **From:** | Timothy Parlatore, Esq. |
| **Sent:** | Friday, September 23, 2022 9:04 PM |
| **To:** | Eric Montalvo |
| **Subject:** | RE: Meet & Confer - Sanctions Motion |

Mr. Montalvo,

Upon further consideration of your outrageous email this evening, I believe that you have crossed yet another line, as this email contains serious, false and defamatory statements about me, which are actionable.  Specifically, you have falsely stated that I intentionally lying under oath, accusing me of committing perjury, in an email that was published to a member of the U.S. Attorney's Office.

The evidence in this case has been clear that my deposition testimony was completely truthful.  You had a full opportunity to cross-examine me if you believe that I committed perjury, but you chose not to.  Instead, you are misrepresenting the contents of that deposition in your defamatory publication.

To review, at the time that I wrote that it was unknown how Shaw came into possession of LtCol Nesbitt's notes, it was truly unknown how he came into possession.  As you note, I did discuss the matter with Carl Prine and even provided him with the same scan that LtCol Nesbitt provided to David Ursini and I was informed by Carl Prine that the scans were identical, thus supporting the theory that David Ursini had illegally provided evidence to Shaw.  It was not until you filed this frivolous lawsuit that I learned that Shaw received copies of the notes as part of his FNAEB.  As we discussed during the deposition, Shaw's FNAEB was outside the scope of my representation of the witnesses and I never saw the FNAEB until you put it on PACER in this case.  There is absolutely no evidence to support your false conclusion that I was aware that the notes were part of the FNAEB at any time before the filing of this lawsuit, because I didn't.

As you have now published false and defamatory statements about me to the U.S. Attorney, you are now personally subject to a claim of defamation, which I am seriously considering filing.  The best way to avoid such a filing would be for you to issue an immediate retraction of this defamatory statement and apologize for your improper conduct.  Otherwise, I will begin drafting a complaint against you immediately.

To the extent that you refuse to retract your false and defamatory statement, please let me know if you are represented by counsel or if you will consent to receive service electronically.  I remind you that I consented to being served electronically and I would expect the same courtesy from you.



Timothy Parlatore
Managing Partner

timothy.parlatore@parlatorelawgroup.com

PARLATORE LAW GROUP

Direct: 212-679-6312
Licensed to Practice by the States of NY and NJ
U.S. District Courts in NY, NJ, CT, PA, TX, and the District of Columbia