UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TIMOTHY C. PARLATORE,

    *Plaintiff*,

v.                                    Civil Action No. 22-3106 (RDM)

ERIC S. MONTALVO,

    *Defendant*.

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's Motion to Dismiss, Dkt. 10, is **GRANTED**; and it is further

**ORDERED** that this case is dismissed with prejudice.

This Order constitutes the final judgment of the Court within the meaning of Federal Rule of Civil Procedure 58(a).

    **SO ORDERED**.


                                                    /s/ Randolph D. Moss
                                                    RANDOLPH D. MOSS
                                                    United States District Judge

Date:   September 26, 2023